1 | **Jason K. Singleton**, State Bar #166170
lawgroup@sbcglobal.net
2 | **Richard E. Grabowski**, State Bar #236207
rgrabows@pacbell.net
3 | **SINGLETON LAW GROUP**
611 "L" Street, Suite A
4 | Eureka, CA 95501
(707) 441-1177
5 | FAX  441-1533

6 | Attorney for Plaintiff, MARSHALL LOSKOT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| MARSHALL LOSKOT, | ) Case No. 2:07−CV−00361−LKK−KJM |
|---|---|
| Plaintiff, | ) **STIPULATED REQUEST TO CONTINUE** |
| v. | ) **SCHEDULING CONFERENCE** |
| VALLEY TRACTOR, INC., a California corporation, MID VALLEY PROPERTIES, a General Partnership, G&D FINANCE & MANAGEMENT CO., a California corporation, SCHULLER-CHICO, INC., a California corporation, MASANOBU OJI, Trustee, Separate Property Trust of February 28, 1972, KATHLEEN OJI McNAIR, EVELYN MARTHA BOALS nka MARTHA MILADI, and DOES ONE through FIFTY, inclusive, | ) DATE:  May 14, 2007
) TIME:  11:30 A.M.
) CTRM:  4 |
| Defendants. | ) |

Comes now Plaintiff, by and through his attorney of record, Jason K. Singleton, and respectfully requests the Court continue the Status (Pretrial Scheduling) Conference set for May 14, 2007, for a period of thirty days for the following reasons:

(1) Jason K. Singleton has a calendar conflict wherein he is scheduled to appear in US District Court, Central District, Case No. 06-5180 PSG on May 14, 2007, in the Roybal Courthouse in Los Angeles.  This appearance must be made in person.

(2) Plaintiff has been unable to obtain a status report on the service of process of some of the Defendants due to the Process Server being out of town

PDF created with pdfFactory trial version www.pdffactory.com

and unavailable for contact. Plaintiff does not know if the parties have been served or not and would like the opportunity to verify this information in order to present a complete status report for the scheduling conference.

Defendant VALLEY TRACTOR, INC., has been served and appeared in this action has no objection to Plaintiff's request and hereby so stipulates.

**SINGLETON LAW GROUP**

Dated:    April 27, 2007          /s/ Jason K. Singleton
Jason K. Singleton, Attorneys for Plaintiff,
**MARSHALL LOSKOT**

**LOMBARDI, LOPER & CONANT, LLP**

Dated:    April 25, 2007          /s/ Gaylynn Kirn Conant
Gaylynn Kirn Conant, Attorneys for Defendant,
**VALLEY TRACTOR, INC.**

### ORDER

Pursuant to the above request and stipulation and good cause appearing, the Status (Pretrial Scheduling) Conference on May 14, 2007, is hereby vacated.

A Status (Pretrial Scheduling) Conference is set for June 11, 2007, at 11:00 AM, in Chambers/Courtroom 4.

IT IS SO ORDERED.

**Dated:  April 27, 2007.**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com