1  **Jason K. Singleton**, State Bar #166170
   lawgroup@sbcglobal.net
2  **Richard E. Grabowski**, State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  FAX  441-1533

6  Attorney for Plaintiff, MARSHALL LOSKOT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| MARSHALL LOSKOT, | Case No. 2:07−CV−00361−LKK−KJM |
|---|---|
| Plaintiff, | AMENDED |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE and ORDER |
| VALLEY TRACTOR, INC., a California corporation, MID VALLEY PROPERTIES, a General Partnership, G&D FINANCE & MANAGEMENT CO., a California corporation, SCHULLER-CHICO, INC., a California corporation, MASANOBU OJI, Trustee, Separate Property Trust of February 28, 1972, KATHLEEN OJI McNAIR, EVELYN MARTHA BOALS nka MARTHA MILADI, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

Plaintiff **MARSHALL LOSKOT** and Defendants **VALLEY TRACTOR, INC.**, a California corporation, MID VALLEY PROPERTIES, a General Partnership, G&D FINANCE & MANAGEMENT CO., a California corporation, SCHULLER-CHICO, INC., a California corporation, MASANOBU OJI, Trustee, Separate Property Trust of February 28, 1972, KATHLEEN OJI McNAIR, and EVELYN MARTHA BOALS nka MARTHA MILADI (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:   December 5, 2007          /s/ Jason K. Singleton
Jason K. Singleton, Attorneys for Plaintiff,
**MARSHALL LOSKOT**

**LOMBARDI, LOPER & CONANT, LLP**

Dated:   December 5, 2007          /s/ R. James Eliassen
R. James Eliassen, Attorneys for Defendants,
**VALLEY TRACTOR, INC., MID VALLEY PROPERTIES, G&D FINANCE & MANAGEMENT CO., SCHULLER-CHICO, INC., MASANOBU OJI, Trustee, Separate Property Trust of February 28, 1972, KATHLEEN OJI McNAIR, EVELYN MARTHA BOALS nka MARTHA MILADI**

### ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT vs VALLEY TRACTOR, INC., et al.</u>, Case Number 2:07-CV-00361-LKK-KJM, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated   December 6, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT